UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL E. KAUFFMAN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 05-70521
Honorable Patrick J. Duggan

## JUDGMENT

On February 9, 2005, Plaintiff filed this lawsuit challenging a final decision of the Commissioner regarding Plaintiff's application for Social Security Disability Insurance Benefits. Plaintiff and the Commissioner subsequently filed cross-motions for summary judgment. In an Opinion and Order on this date, the Court granted in part and denied in part Plaintiff's motion, denied the Commissioner's motion, and remanded the matter to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED**.

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Eva I. Guerra, Esq.
AUSA Janet Parker
Magistrate Judge Virginia M. Morgan