UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL E. KAUFFMAN

                          Civil Action No. 05-70521
                          Hon. Patrick J. Duggan
                          Magistrate Judge Wallace Capel, Jr.

                Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,
                Defendant.
_____/

## **ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES**

On July 28, 2010, plaintiff's counsel filed a motion requesting attorney fees under 42 U.S.C. §406(b). Thereafter, an Addendum to Counsel's Motion was filed on August 25, 2010 reducing the originally requested fee to $15,500.00. The motion notes that $3,750.00 has already been paid toward that amount. On September 1, 2010, the government filed a response indicating that it does not object to plaintiff's request.

According, it is **ORDERED** that plaintiff's motion for attorney fees is **GRANTED**. Plaintiff is awarded $15,500.00 in attorney fees and costs. The payment should reflect amounts previously paid as noted above.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 8, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 8, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager